IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JERRY PRESCOTT,

    Plaintiff,

v.

CAROLYN COLVIN,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-623-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

### IT IS ORDERED AND ADJUDGED

that the decision of defendant Carolyn Colvin, Acting Commissioner of Social Security, is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).


_____       _____
Peter Oppeneer, Clerk of Court                  3/28/13
                                                Date